ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Shayes, LLC | ) ASBCA No. 63357-ADR |
| | ) |
| Under Contract No. FA4484-19-C-A058 | ) |

APPEARANCE FOR THE APPELLANT: Marilyn H. David, Esq.
  D'Iberville, MS

APPEARANCES FOR THE GOVERNMENT: Caryl A. Potter, III, Esq.
  Air Force Deputy Chief Trial Attorney
  Maj Candice D. Schubbe, USAF
  Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE ARNETT

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $260,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: June 5, 2024

LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


_____                   _____
OWEN C. WILSON                              MICHAEL N. O'CONNELL
Administrative Judge                        Administrative Judge
Acting Chairman                             Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


        I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 63357-ADR, Appeal of
Shayes, LLC, rendered in conformance with the Board's Charter.

        Dated:  June 6, 2024


                                    _____
                                    PAULLA K. GATES-LEWIS
                                    Recorder, Armed Services
                                    Board of Contract Appeals

2